IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MYKAL MADISON, | ) | |
| TDCJ No. 1274016, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 7:12-CV-156-O-BL |
| | ) | |
| MARY TEMPLETON, | ) | |
|     Defendant. | ) | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, this case is DISMISSED without prejudice.

SO ORDERED this 27th day of February, 2013.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**